IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOYCE L. REESE | ) |
| | ) |
|     Plaintiff | ) |
| | ) CIVIL ACTION FILE NUMBER |
| v. | ) |
| | ) 3:15-CV-0262-PLR-HBG |
| HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE | ) |
| COMPANY | ) |
| | ) |
|     Defendant | ) |

## NOTICE OF SETTLEMENT

Now come plaintiff JOYCE L. REESE and defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and give notice that this matter has settled. Once the parties have completed the settlement papers, a stipulation of dismissal with prejudice will be filed with the Court.

This 1st day of December, 2015.

[*signatures on following page*]

| | |
|---|---|
| s/ *John P. Dreiser* | s/ *Elizabeth J. Bondurant* |
| John P. Dreiser | Elizabeth J. Bondurant |
| BPR# 020743 | Georgia Bar No. 066690 |
| | s/ *Nikole M. Crow* |
| | Nikole M. Crow |
| | Georgia Bar No. 198359 |
| Attorney for Plaintiff | Attorneys for Defendant |
| | [*Admitted EDTN April 17, 2009*] |
| LAW OFFICES OF TONY FARMER & JOHN DREISER | WOMBLE CARLYLE SANDRIDGE & RICE LLP |
| 1356 Papermill Pointe Way | 271 17th Street, N.W., Suite 2400 |
| Knoxville, Tennessee 37909 | Atlanta, Georgia 30363-1017 |
| (865) 584-1211 (telephone) | (404) 872-7000 (telephone) |
| (865) 584-1171 (facsimile) | (404) 888-7490 (facsimile) |
| john@farmerdreiser.com | lisa.bondurant@wcsr.com |
| | ncrow@wcsr.com |