IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOYCE L. REESE | ) |
| | ) |
|     Plaintiff | ) |
| | ) CIVIL ACTION FILE NUMBER |
| v. | ) |
| | ) 3:15-CV-0262-PLR-HBG |
| HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE | ) |
| COMPANY | ) |
| | ) |
|     Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff JOYCE L. REESE and defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her/its own costs and expenses of litigation.

    This 7th day of December, 2015.

[*signatures on following page*]

*s/ John P. Dreiser*　　　　　　　　　　*s/ Elizabeth J. Bondurant*
John P. Dreiser　　　　　　　　　　　　Elizabeth J. Bondurant
BPR# 020743　　　　　　　　　　　　　Georgia Bar No. 066690

*s/ Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

Attorney for Plaintiff　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　[*Admitted EDTN April 17, 2009*]

LAW OFFICES OF TONY FARMER　　　WOMBLE CARLYLE SANDRIDGE
　& JOHN DREISER　　　　　　　　　　& RICE LLP
1356 Papermill Pointe Way　　　　　　　271 17th Street, N.W., Suite 2400
Knoxville, Tennessee 37909　　　　　　　Atlanta, Georgia 30363-1017
(865) 584-1211 (telephone)　　　　　　　(404) 872-7000 (telephone)
(865) 584-1171 (facsimile)　　　　　　　(404) 888-7490 (facsimile)
john@farmerdreiser.com　　　　　　　　lisa.bondurant@wcsr.com
　　　　　　　　　　　　　　　　　　　ncrow@wcsr.com